**PETITION FOR REVIEW DENIED in part; DISMISSED in part.**

**NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of U.S. Central Federal Credit Union and of Western Corporate Federal Credit Union, Plaintiff–Appellant,**

v.

**GOLDMAN SACHS AND CO; et al., Defendants–Appellees.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.

National Credit Union Administration Board, as Liquidating Agent of U.S. Central Federal Credit Union and of Western Corporate Federal Credit Union, Plaintiff–Appellee,

v.

Goldman Sachs and Co; et al., Defendants–Appellants.

National Credit Union Administration Board, Plaintiff–Appellee,

v.

Goldman Sachs & Co and GS Mortgage Securities Corp, Defendants–Appellants.

No. 13-56851, No. 13-56852, No. 14-55309

United States Court of Appeals, Ninth Circuit.

Argued and Submitted December 8, 2015 Pasadena, California

FILED May 24, 2016

Before: D.W. NELSON, REINHARDT, and NGUYEN, Circuit Judges.

ORDER *

The joint stipulated motion of Plaintiff-Appellant-Cross-Appellee and Defendants-Appellees-Cross-Appellants to voluntarily dismiss these cases under Federal Rule of

* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

Appellate Procedure 42(b) is granted. Each party shall bear its own costs.

**These appeals are DISMISSED.**